ALSD Local 91 (Rev. 7/13)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Alabama

| | |
|---|---|
| United States of America<br>v.<br>CLARENCE EDWARD EVERS, JR.<br><br><br><br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

MJ 16-0008-B

*UNDER SEAL*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of    2006 through July 29, 2014    in the county of    Conecuh    in the

Southern    District of    Alabama    , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) | Production of child pornography |
| 18 U.S.C. § 2252A(a)(1) | Transportation of child pornography |
| 18 U.S.C. § 2252A(a)(2)(A) | Receipt of child pornography |
| 18 U.S.C. § 2252A(a)(5)(B) | Accessing with intent to view child pornography |
| 18 U.S.C. § 2423(b) | Foreign travel with the intent to engage in illicit sexual conduct |

This criminal complaint is based on these facts:

See attached Affidavit, incorporated herein by reference.

☑ Continued on the attached sheet.

*Complainant's signature*

Kandace B. Whitehead, Special Agent, DHS/HSI
*Printed name and title*

Sworn to before me and attestation acknowledged pursuant to FRCP 4.1(b)(2).

Date:  Feb. 2, 2016

*Judge Signature*

City and state:    Mobile, Alabama

Sonja F. Bivins, United States Magistrate Judge
*Printed name and title*

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

### AFFIDAVIT

I, Kandace Whitehead, being first being duly sworn, hereby depose and state as follows:

### Introduction

1.     I am a Special Agent with U.S. Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI) and am assigned to HSI Mobile, Alabama.  As a part of my official duties, I have conducted and participated in investigations related to the sexual exploitation of children.  During the course of these investigations, I have observed and reviewed examples of child pornography in various forms of media, including computer media.  As part of my duties and responsibilities as an HSI Special Agent, I am authorized to investigate crimes which involve the sexual exploitation of children pursuant to Title 18, United States Code, Sections 2251, 2252A, 2423(b), and 2423(e)

2.     I am authorized by the Homeland Security Act of 2002 to perform the duties provided by law and regulation and empowered to conduct investigations of offenses against the United States; conduct searches without warrant at the border or its functional equivalent; conduct inquiries related to alienage and removability; execute and serve search and arrest warrants; serve subpoenas and summonses; administer oaths; make arrests without warrant; require and receive information relating to offenses; and bear firearms.

3.     This Affidavit is made in support of an application for the issuance of an arrest

1

warrant for Clarence Edward EVERS (EVERS) due to the Affiant's belief that probable cause, as detailed in this affidavit, now exists to believe violations of Title 18, United States Code, Sections 2251, 2252A, 2423(b), and 2423(e) which, among other things, make it a crime to produce, possess, and distribute child pornography that has traveled in interstate commerce via the Internet by means of a computer and to travel with intent to engage in illicit sexual conduct and to attempt and conspire to do so.

4.     I am familiar with the information contained in this Affidavit based upon the investigation I have personally conducted and based on my conversations with other law enforcement officers involved in this investigation.

5.     Because this Affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation.  I have set forth only those facts that I believe are necessary to establish probable cause to believe that evidence of violations of 18 U.S.C. §§ Sections 2251, 2252A, 2423(b), and 2423(e).

### Statutes

6.     Title 18, United States Code, Section 2251(a), "Sexual exploitation of children," provides that  it shall be a crime for

> "[a]ny person who employs, uses, persuades, induces,
>
> entices, or coerces any minor to engage in, or who has a minor
>
> assist any other person to engage in . . . any sexually explicit
>
> conduct for the purpose of producing any visual depiction of such
>
> conduct . . .  if such person knows or has reason to know that such

2

visual depiction will be transported or transmitted using any means

or facility of interstate or foreign commerce or in or affecting

interstate or foreign commerce or mailed, if that visual depiction

was produced or transmitted using materials that have been mailed,

shipped, or transported in or affecting interstate or foreign

commerce by any means, including by computer, or if such visual

depiction has actually been transported or transmitted using any

means or facility of interstate or foreign commerce or in or

affecting interstate or foreign commerce or mailed."

7.      Section 2251(e) of Title 18 makes it a crime for any person to attempt or conspire

to violate section 2251(a).

8.      Title 18, United States Code, Section 2252A(a)(1) makes it a crime for any person

to "knowingly mail[], or transport[] or ship[] using any means or facility of interstate or foreign

commerce or in or affecting interstate or foreign commerce by any means, including by

computer, any child pornography".

9.      Title 18, United States Code, Section 2252A(a)(2)(A) makes it a crime for any

person to "knowingly receive[] or distribute[]— any child pornography that has been mailed, or

using any means or facility of interstate or foreign commerce shipped or transported in or

affecting interstate or foreign commerce by any means, including by computer".

10.     Title 18, United States Code, Section 2252A(a)(5)(B) makes it a crime for any

person to "knowingly possess[], or knowingly access[] with intent to view, any book, magazine,

periodical, film, videotape, computer disk, or any other material that contains an image of child pornography that has been mailed, or shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer, or that was produced using materials that have been mailed, or shipped or transported in or affecting interstate or foreign commerce by any means, including by computer".

11.     Title 18, United States Code, Section 2423(b) makes it a crime for "a United States citizen or an alien admitted for permanent residence in the United States [to] travel[] in foreign commerce, for the purpose of engaging in any illicit sexual conduct with another person". The term "illicit sexual conduct" means "(1) a sexual act (as defined in section 2246) with a person under 18 years of age that would be in violation of chapter 109A if the sexual act occurred in the special maritime and territorial jurisdiction of the United States; (2) any commercial sex act (as defined in section 1591) with a person under 18 years of age; or (3) production of child pornography (as defined in section 2256(8))." 18 U.S.C. § 2423(f).

12.     Title 18, United States Code, Section 2423(e) makes it a crime for any person to attempt or conspire to violate Section 2423(b) of Title 18.

### Summary of Investigation

13.     In December 2014, Homeland Security Investigations, (HSI) Attaché Bangkok received information from a source of information located in Pattaya, Chonburi Provence regarding the sexual abuse of a minor victim, ("Victim") by a Western male. The Western male was subsequently identified as Clarence Edward EVERS, Jr., 301 Perryman Street, Evergreen, Alabama.  An open-source query also indicated that EVERS, Jr. is employed as a technology

4

teacher through the Conecuh County Board of Education.  EVERS is also known as "Bud" EVERS.

14.    Through interviews, records reviews, subpoenas, search warrants, and other investigative techniques, evidence was developed that EVERS has travelled to Thailand during the summer months since at least 2002. Search warrants for e-mail accounts used by EVERS revealed communications with other travelers about travel logistics, flights, lodging, evening entertainment, and commercial sex with underage male partners. The accounts also revealed communications concerning lodging arrangements, taxi service, flight reservations, visa applications, bank transfers, packing lists, and detailed lists of photographic and videographic equipment.

15.    A search warrant was executed at EVERS's residence on April 1, 2015. Recovered in that search were a significant number of computer systems, hard drives, and loose digital media storage devices, along with travel records, passports, financial records, and photographs of young Thai males. Forensic examination of the digital evidence shows that substantial portions of the data are encrypted, but unencrypted data shows that EVERS accessed and downloaded images of child pornography and images of child erotica with young male victims, and a substantial amount of digital photographs of young Thai boys in various states of undress.

### Details of Investigation

16.    In December 2014, Homeland Security Investigations, (HSI) Attaché Bangkok received information from a source of information located in Pattaya, Chonburi Provence regarding the sexual abuse of a minor victim, ("Victim") by a Western male. The source of

5

information believed that the Western male had been in contact with the victim during the month of December, 2014, in order to arrange for future contact. The victim further relayed to the SOI that the Western male was known to him/her, (the victim) as "Buddy" and that "Buddy" had said he was a school teacher in the United States. Victim and "Buddy" communicated with each other by way of Facebook messages.

17.     According to the U.S. Department of State Trafficking in Persons Report 2015, "Thailand is a source, transit, and destination country for men, women, and children subjected to forced labor and sex trafficking". Furthermore, "Thailand does not fully comply with the minimum standards for the elimination of trafficking, and is not making significant efforts to do so." According to the CIA World Factbook 2015, "anti-trafficking efforts remain insufficient compared with the scale of Thailand's human trafficking problem, which is compounded by widespread corruption among law enforcement personnel".

18.     A summons was subsequently issued to Facebook requesting account information for the "Khun Buddy" Facebook account. "Khun Buddy" is the screen name the Western male utilized via Facebook to contact the victim. The word "khun" in Thai is an honorific title used to informally but respectfully address individuals. The registered email addresses for the "Khun Buddy" account are khunbuddy@facebook.com and cedwardevers@gmail.com. Based on a search of the most common IP addresses used to login to this Facebook account, during December, 2014, IP address 216.109.9.130, resolved to the Conecuh County School System in Alabama.

19.     A summons issued to Mediacom for subscriber information associated with IP logs provided by Facebook, and to Google for IP log information associated with

cedwardevers@gmail.com indicated the subscriber information from Mediacom shows that the relevant IP addresses were used by account holder "Evers, Bud, 301 Perryman Street, Evergreen, Alabama." An open-source query of 301 Perryman Street, Evergreen, Alabama indicates that Clarence Edward EVERS, Jr is the owner of the property. An open-source query also indicated that EVERS, Jr is employed as a technology teacher through the Conecuh County Board of Education.

20.     On or about January 27, 2015, a forensic interview took place between a Forensic Interview Specialist and the victim. During this interview the victim described and detailed the approximate dates and nature of the reported sexual contacts and identified Evers by photo lineup. According to the victim, Evers engaged in illicit sexual conduct with the victim in Thailand during the summer of 2014.

21.     The victim also logged into his/her Facebook account and printed out five photos of him/her taken at three different locations, one being Evers' house located in Amphur Klong Yai, Trat Province, Thailand. The victim indicated on each of the five photos the identity of the individuals as well as the time and place of the photos.

22.     On April 1, 2015, a Federal Search Warrant was executed on 301 Perryman Street, Evergreen, Alabama, which is EVERS's residence. Through the course of the search warrant, EVERS's Samsung smart phone was seized. Forensic analysis of EVERS's smart phone revealed emails pertaining to EVERS travel overseas. EVERS utilized the Gmail account khunbud@gmail.com to discuss his travel to Thailand. In addition, there was evidence of use of at least one other email account to discuss travel to Thailand as far back as April 21, 2002.

23.     A review of the data seized from EVERS's home on April 1 is ongoing. The evidence includes numerous notepads/notebooks containing packing lists and what appear to be price lists as well as published books containing CP, boy love books, a sexually explicit narrative, and numerous computer/media data devices. A significant portion of the data seized from EVERS's home is encrypted, but forensic examiners have located thumbnail images that appear to depict the anus of a young child.  Thumbnail images are small previews of images automatically created by a computer's operating system when a user views or accesses full-sized images using the computer. A review of unencrypted media recovered from EVERS's home also revealed a disc entitled "Das Waldverstack" and is approximately 32 minutes 50 seconds long. A deep voice is heard speaking occasionally in a foreign language. The video depicts four prepubescent males in a forest setting. The video initially shows the children clothed playing in the forest then "rough housing" on a blanket. The individual filming occasionally focuses the video camera on the genitalia area of the boys. Eventually the boys undress and continue to "rough house" while only wearing underwear. The boys then remove their underwear and lay on the blanket with the camera focusing on their genitalia. The video concludes while the boys are redressing.

24.     On July 15, 2015, a Grand Jury Subpoena was served on The Bank of Evergreen, for EVERS's banking records.  The records received included payments to airlines, which correlated to his foreign travel, and wire transfers to his bank account in Thailand.

25.     Federal Search Warrants were also served on Google, Inc and Microsoft Corporation for the following email addresses: khunbud@gmail.com, cedwardevers@gmail.com, and mrbudatlrg@hotmail.com, among others.  After receiving

8

returns on the above-mentioned emails, there were numerous emails concerning EVERS's travel to Thailand as well as events that occurred while there.

26.     On July 21, 2015, Google provided data from EVERS's Gmail account khunbud@gmail.com in response to a search warrant issued by this court. The return from EVERS's Gmail account, khunbud@gmail.com, includes a section/file named "KHUNBUD.Drive.Content". In that section is a file titled "Photo Sets.docx" dated June 5, 2014 that apparently details specific poses for photographs. Among other things, the document lists:

> "shirt tail in mouth, u-wear tugged down", "peeks (w. speedo pulled down/away)", "gimme a 'W': FD, pillw, grasping ankles, spread" , "from rear. ben dover, hands on bed, ready to rcv", "taking off uwear, lower legs w/ uwear around knees/feet" and "oiled, fcdown like hogtied, hands holding ankles, from rear & side".

27.     The following document also came from khunbud@gmail.com, "KHUNBUD.Drive.Content" and is titled TH2015.docx. In this document, dated August 3, 2014, EVERS apparently makes notes to himself for his planned 2015 trip to Thailand, and includes notations about photographic and video equipment. Under the category of "PACKING (includes items worn on trip)" EVERS lists items of clothing, computer equipment, a portable WiFi hotspot, and "5d w/IS lens+ 1.4, flash, flash triggers, large video light". I believe the term "5d" refers to a Canon EOS digital camera, which is available in a model 5D and is capable of mounting an image-stabilizing (IS) lens. A "flash trigger" is a device that connects to a camera and activates a remote flash system. Under the heading "LEFT BEHIND/NO NEED TO PACK" EVERS lists,  "red swimsuit, plenty of towels, battery charger, power splitter, video camera + lights". The entries under "TO DO PRIOR TO DEPART" are "check flight times, reset camera

numbering, set camera date/time". Under "BUY IN BKK" are the notes, "flash stand, back waxing, new long-term phone number".

## Emails Between EVERS and B.D.

28.     The return from EVERS's Gmail account khunbud@gmail.com also includes emails. Contained in the email account khunbud@gmail.com are emails to an individual by the name of B.D.  These emails and instant message chats begin December 23, 2004, one day after the account khunbud@gmail.com was created, and continue through March of 2009, when B.D. apparently ceases communication with EVERS. There are emails sent from EVERS to B.D. through May 6, 2014, but there is no indication that B.D. responded after March of 2009.

29.     The emails between EVERS and B.D. indicate a shared interest in sexual encounters with boys in Thailand. EVERS and B.D. discuss travel dates, lodging arrangements, sexual encounters with boys, photography, techniques for obscuring internet activities, and law enforcement actions by Thai authorities.

30.     On Saturday, December 25, 2004, EVERS sent an email with the subject "Just going thru the shoebox…" to B.D. where he (EVERS) describes Christmas with his family. EVERS also wrote, "Found these, thought they might be of interest" B.D. replied,

> "Thank you very much, very nice, very nice…maybe half aboriginal = Thai or Asian..?"
>
> "after talking to you the other day I am sliding back into miss Thailand mode (that is missing not "Miss").  I am even planning a total make over of how I usually do things when there.  I haven't started counting the days yet but that will be soon I am sure.  I haven't got any good music to revive memories of [redacted] and the gang and the terrace, and Bangkok etc but even in its absence they are somehow more alive in my mind today than usual.  Well thanks for the pics, very much my style they were."

10

31.   In an email dated December 26, 2004, B.D. replied to EVERS,

"Hey Bud, Thanks for the pics again…next time I go I am going to take a camera so I can return the favour (can't do the web stuff as don't have my own computer connected…)"

32.   On January 14, 2005, EVERS emailed B.D.,

"Anyhoo, Our pal David is in his final 48 hours in Pattaya.  He's been good enough to call me a few times, give a vicarious thrill, and even let me chat with a lad along the way.  He's ver happy since one of his targets finally showed up at the appointed hour and was fully prepared to deliver as promised.  David recons things are just as swinging as they ever wer down Pattaya-way, except that "high" season isn't nearly as high as it used to be.  Not sure if it's the tsunami issue, or just general lack of interest in Thailand, but folks are apparently staying away in droves.  All the more for us die-hards, I suppose.  Can't wait 'til next year."

33.   On February 26, 2005, to B.D., EVERS wrote,

"Had a nice chat with David (rounding out my "Damn I wish I was with my friends in Thailand" weekend.)  He has some dirt-cheap phone card and was in a chatty mood, so I got lots of details about his summer in Pattaya.  He plans to be there summer of '06, incidentally, and probably several times before then as well."

34.   In an email dated May 30, 2005, EVERS wrote to B.D. and said that EVERS was

"helping run a 2-night camp for some of the local lads, hosted by the local Rotary Club".  Three

days later, on June 2, 2005, EVERS emailed B.D. about the campout being cancelled.  EVERS

wrote:

"Alas, no pictures of lads capering about.  No overly thorough applications of sunscreen.  No tick inspections.  No foreskin/zipper disentanglements.  So remind me to take SPF45, tweezers, and a zipper with me to Thailand, so I can recreate What Would Have Been."

11

35.     On June 9, 2005, B.D. wrote to EVERS explaining how B.D.'s mother will be

paying for his next trip to Thailand.  EVERS replied,

> "Go if you must, and leave me to my misery, soon to be
> heightened by your tales of tails…of orphan villages where they
> bend over backwards to make sure you enjoy yourself, and lax
> laws of upcountry villages where a few quid ensure your status as
> the greatest of all great white fathers…"

36.     On October 9, 2005, B.D., in Thailand, wrote to EVERS,

> "Oh btw yesterday wound up in a park drunk, picked up some guys
> (at midday) came back to a karoke bar that friends own and
> shagged to the land of smiles is still as it always has been in that
> sense.  This morning three young men walked by this internet café
> and remembered me from some earlier encounter…oldest was
> about 17…when are you coming over?"

37.     On October 11, 2005, while still in Thailand, B.D. wrote to EVERS,

> "One observation I have for you that I may or may not have told
> you already is that in the northeast here there are sooo many guys
> who have worked or do work in pattaya…this makes for an
> interesting bridge across to the local population (not that one is
> needed if you are willing to suck cock…almost every guy goes for
> that one).  No fussiness as to who is administrating it or
> anything…horny horny horny…trust me you can use this insight
> for weeks of fantasies and kite flying as there really is no limitation
> to what can happen if a blow job is on the cards…we must come
> here."

38.     On February 24, 2006, EVERS emailed B.D. and referred to "14-year olds" as

"XIV Y/Os" and arranged with B.D. to use coded language to discuss them in a telephone call

with B.D.:

> "Sorry I missed the chat opportunity this AM; I must have only
> just missed you.  In other news, I have booked my flight, and plan
> to arrive on May 26-27.  Let the anthems ring out, songs of
> jubilation swell throughout the land.  Do you have any particular

12

plan as of yet? Oh, and hey, if I \*promise\* not fo reference XIV
Y/Os, except in cryptic (ie, "young grass") form, may I call you
this weekend?"

39.    B.D. replied to EVERS the same day, February 24, 2006, and agreed to the coded

language:

"...You can always call and as for geriatric buffaloes and their
eating habits I'm the Coyote that likes the road kill so I don't mind,
was just cautioning as animal rights activivts are pretty full on here
in Aus.  You must have heard about the save the whale campaigner
ramming the Japanese ship the other week...he's out campaigning
for millions to do it again, I believe."

40.    On July 4, 2006, EVERS sent B.D. a lengthy email in which EVERS detailed a

commercial sexual encounter he had with a boy while in Bangkok:

"Despite the fact that little has transpired since that time (it is now
Tuesday afternoon), I'll do my best to give you a semi play-by-
play of my time since then.

Well, for starters, back in BKK, I returned the K-Why massage
place just down from BKK and sought my little masseur from
several weeks ago.  We had a pretty good time then, and I was
looking forward to a replay.  [Redacted] spotted me before I
spotted him, and we sat down and did as much small-talk as
possible, under the circumstances.  He was eager for another
session, probably because the fee is 1500, which includes
everything but I always tip 1000 on top, assuming the service is
high quality.

I made it clear that I wanted sex, and [redacted] said no problem,
so off we went to the shower (a delight in itself) and on to a room.
After about a half-hour massage that was just right, [redacted]
rolled me over and, to be blunt, went to work like I have never
experienced before.  We had plenty of time (I went for a two-hour
session) and so the pacing was exquisitely slow and delightful.
After a nice, long handjob, followed by an equally ghrough blojob,
[redacted] proceeded to lube both of us up and sit down.  There
was a bit of oompf-ing and grunting and he got seated, and no
small wonder, since Khun [redacted] was an extremely tight fit.

13

The tightest by far of anyone I have ever experienced.  I was in heaven.  Every time he tried to rise up, I kept arching my back-I didn't want to separate.  Slowly, he picked up the pace until I just couldn't hold back any more.

Thus satisfied, [redacted] rolled over on his side, spooned his well-lubed ass into my groin, pulled my arm over his, and proceeded to fall deep asleep (chasing rabbits and whatnot).  After about a 45 minute snooze, with the time limit approaching, I found Little Bud awakening and in the firm grip of [redacted]'s tight, still-lubed, melon-like buns.  I made a command decision and figured I would pay for going over the time limit, as [redacted]-trooper that he is-set in for round two.  It was exquisite.  Just exquisite.  Mind – blowing.

My satisfaction with that session, coupled with the fact that (a) there are just precious few boys that meet this old buffalo's standards, and (b) it was raining cats and dogs all caused me to re-think my plans and head on back to Pattaya on Monday, rather than spend another night in rain-drenched BKK."

41.     The following day, July 5, 2006, EVERS emailed B.D., again detailing a sexual encounter:

"A good time, as the saying goes, was had by all.  Was had three times in the course of the evening, actually.

At any rate, we adjourned to my room about 12:0 (maybe 1:00) for an intense session of salad tossing, smoking, and glistening bronze backs arched so as to best present taunt little bums for a serious, balls-deep shagging.

After a couple of hours of serious fun, boy took it on himself to turn off TV and DVD (we were watching gay farang[1] porn—well, *he* was watching porn, *I* was watching him.)  Boy then cuddled up and we both fell deeply asleep.

As for the trip to Lao, I'd love to do it, but I think I'll wait until you are there to guide me, and I plan to do some butterflying, and I

---

[1] "Farang" is a generic Thai word referring to someone of European ancestry.

14

couldn't do that with this one.  Plus, as you mentioned, there is the whole illegal immigrant issue to deal with."

42.   A week later, on July 13, 2006, EVERS sent B.D. another lengthy email.  In this email, EVERS again is updating B.D. on his days in Thailand and recounting sexual acts with boys:

> "That brings us to yesterday.  Yesterday, I spent the day at the pool, which I have been doing ever since they got the filtration system working again.  Took some little scamp over to my favorite s/t[2] place for some fun.  Turned out to be  marvelous-was very affectionate and eager to please, in that looking-after-my-poppa sort of way that is simultaneously delightful and disturbing.  But not so disturbing that I failed to toss his salad."[3]

> "So, that's where I stand.  Or lie.  Whatever.  [Redacted] is back, I have Laos boy still to deal with, ten more days to play, about as many s/ts waiting in the wings.  I have two boys in the bed with me, a belly full of KFC, and enough happy memories to keep me fueled for the next ten months.  I've yet to find a suitable top for MY bottom, although I do have a couple of hopefuls.  The flashlight place has reopened, stocked with the same vintage as before, managed by the same mamasan, so the only person to suffer any permanent problems due to the shutdown is the poor SOB who was upstairs at the time of the raid."

43.   On June 9, 2007, EVERS sent B.D. an email using coded language to describe a sexual encounter with a 16-year old in Thailand:

> Had a little problem in the room the other night.  Had to go to Lek's repair shop in the Plaza.  Wound up getting Trainee #16, and he took a look.  All I expected was that he would blow out the undercarriage. Taking some initiative, and completely unprompted

---

[2] Based on my training and experience, and on review of the evidence in this case, I believe that the notation "s/ts" refers to "short times".  Short times take place in "short time" rooms which are generally located above a bar.  It is a place where patrons of the bar go to engage in sexual conduct.

[3] I believe this to be a reference to a sexual act involving oral-anal contact.

15

by me I might add, the trainee took it on himself to thoroughly
clean out my refrigerator.  After that, the coils were a lot cleaner
and, knowing that my equipment was a well-cared for as it had
been in a long time, I tipped the trainee and sent him on his way.  I
am assured that if I ever need anything looked at again, he will be
happy to oblige.

44.     On May 30, 2008, EVERS emailed B.D. about his recent arrival back in Thailand

and the encounters he has had so far and how it has changed, using coded language to refer to

teenage boys at bars:

> "As for entertainment, you'll no doubt recall my fondness of 15th
> and 16th century artifacts, and how I could spend hours making my
> assessments and final selection.  Those days, too, are long gone,
> and many of the temples that offered such artifacts are themselves
> a mere shadow of their former selves, if not gone entirely.
>
> To be sure, they can be found (even found a 13th century one at
> one plaza temple), but the overall attitude towards collectors such
> as myself has changed.  There can be no sanuk[4] if one is constantly
> looking over one's shoulder, and if you've been reading any of the
> English language local papers, you'll no doubt see where many
> colelctors are having problems nowadays."

45.     On June 12, 2008, EVERS sent B.D. an email regarding his time in Thailand:

> "To top it all off, found out that #28, whom I've been grooming for
> several nights now, is a non-smoker.[5]  It used to be no one wanted
> you to take pictures, but they all smoked.  That seems to have
> undergone a 180.  Pics never a prob, smoking hard to come by, so
> to speak."

46.     July 27, 2008, EVERS emailed B.D., telling him EVERS has returned home and

gives an account of the last few days he was in Thailand that year:

---

[4] Sanuk in the Thai language means to have a good time, to have fun, to enjoy oneself
and to derive pleasure and joy from something.

16

"For the first time in years, I spent all of my time in Pattaya, not venturing even to Boys Town.  Things have, by all accounts, really declined over in the BT area, and it's essentially a tourist trap, where the breeders go to ogle the dark side, the off fees are astronomical, and the expected s/t tip is reportedly 1500-2000."

### Emails with D.L.

47.     On September 14, 2015, Microsoft provided data from EVERS's Hotmail account

mrbudatlrg@hotmail.com in response to a search warrant issued by this court.  Contained in this

account are extensive communication in hundreds of emails between EVERS and an individual

identified herein as "D.L." about travelling to Thailand, daily updates on their activities in

Thailand, exchange of news about law enforcement activity and actions against underage

commercial sex in Thailand, and thinly-veiled references to sexual activity with minors in

Thailand. In all of the emails, EVERS and D.L. take great pains to disguise references to ages

and sexual acts. There are also communications between EVERS and D.L. concerning

encryption of data, and thoughts about various digital still and video cameras.

48.     In an email dated June 1, 2006, EVERS sent an email with the subject of "Pattaya

– Day 1" to D.L. In it, EVERS describes to  D.L. his first day in Pattaya, Thailand and where he

is staying.  He also describes to D.L. the individuals he has encountered his first day in Pattaya

and his wait for D.L. to arrive there soon.

49.     In an email dated July 21, 2006, EVERS sent D.L. an email stating, "It's ten

am(well, 10:15) on Sat morning, and I've arranged several s/ts throughout the day—we'll see

how it works out."

---

[5] Based on my review of emails and other communications EVERS engaged in, I believe

50.     On July 24, 2006, EVERS sent D.L. an email that he is going out for the last night

in town: "Now heading out for the last night on the town.  Per our conversation, Blondie is

highly recommended—really fun, really eager to please.  Of course, if my pimp beat the sh*t out

of me, I'd be pretty compliant myself."

51.     In an email dated May 27th, 2008 and sent from an IP address assigned to

Thailand, EVERS described to D.L. his views of police activity in and around the JJJ

establishment, using Roman numerals to indicate the age of one of the individuals there:

> "First stop was JJJ. A surprising number of customers, a delightful
> number of dancers. Maybe 20 or so total, three of whom were very
> much the type I like. Bought bottle of JD, sat w/ [redacted] (one of
> our old amigos now XVIII, so no prob). Plowed through the bottle
> whilst the bottle plowed through me. Round about midnight, all
> dancers (well, 17 of them) fled when the alaram was given. I can
> only assme it's reluctance to take piss test. Constabulary never
> entered, so dancers returned some 30 min later. . . . After 1 am
> shutdown, went on down the soi a bit to our (well, my) fave hole in
> the wall. Nobody but mamasan there. Dead. I took the oportunity
> to chat some and try and suss out the situation. Biet (mamasan)
> reckons that the furor will blow over in the next 2-3 weeks (in time
> for your arrival, arsehole), and has been initiated by some higher
> ups who are just trying to amke a show. Take that for what it's
> worth, I suppose. Also, the one we both recognized from the news
> is working with constabulary, as is [redacted] (long hair, then
> short). [Redacted], who was bubbly and quirky in a nice way now
> dull and slow-witted. Shame. Biet recalls others, who are around,
> but due to the late hour were absent. Oh, and the boys in brown[6]
> were about 50 meters away blocking off the soi w/ pickup trucks
> and picking up some illicit machines from an internet shop, which
> may have had a concommitent deleterious effect on local trade."

---

the term "smoking" here is a reference to fellatio.

[6] "Boys in brown" is a term used to describe the local Thai police, owing to the color of
their uniforms.

18

52.     In an email dated May 30, 2008 to D.L., EVERS described his visits in previous

evenings to at least five establishments. The email was sent from IP address 61.7.182.31,

assigned to a provider in Bangkok, Thailand. Specifically, EVERS described visits to

establishments called Lek's, Happy Boys, JJJ's, Good Boys, and "the new Italian place by the

condo." EVERS told D.L. about his visit to Lek's, saying,

> "Group of three old queens sitting on the front ledge. I took my
> place inside, behind the column. Was soon joined by [redacted],
> [redacted], [redacted], someone who remembers you but whose
> name I never knew, a new boy (sip-song),[7] and [redacted]. You'll
> be most interested that [redacted] looks fantastic: tan (though I
> would never say that to him), healthy, and seems to have finally
> grown into his body—that's the only way I can put it. [Redacted],
> too, looks well—no scabs, scars, or other new problems. Drinks for
> all. Mamasan, too, why the hell not?"

53.     EVERS's description of his visit to JJJ's is more explicit in the May 30, 2008

email, describing what I believe to be open masturbation:

> "I grabbed [redacted] (a new one) and a seat. I forgot to tell you
> that a number of the lads have been showing off, sometimes it's a
> quick flash, sometimes it's knickers to the knees, but it's always
> fun, and always rewarded by your humble servant. They took it
> one step further two nights ago, when an impromptu JO contest
> was organized. Of course, one fellow pulled ahead, so to speak,
> and quickly won. But #44 (I've yet to call him over) just took his
> time, patiently stroking away, eyes closed, head tilted back. That
> was nice enough to watch, but after about five minutes, he
> finished—eyes rolled back in head, knees buckling, and his
> NAMM RAAK flying the length of the stage and out onto the
> floor. Well done, #44."

54.     EVERS finished the email of May 30, 2008 by describing the arrangements for

bribing the security guard at his condo:

19

"Round about 2:30, I take my leave and head back to the condo where I meet the guard on the 11th floor near my door, making his rounds. He's pretty nice fellow, asks if I'll be having a guest for the evening, etc. I take the opportunity to just ask outright about the possibilities of an uncredentialled guest. He confirms what everyone else has said: no problem, 200 baht, guest takes the back entrance, you take the front entrance, and Bob's your uncle."

55.    In an email dated June 4, 2008, EVERS told "David Lee" about his visit to an establishment called JJJ:

"Began last night (04-06) strolling in to JJJ the back way. Encountered about 8 lads from 8-15, of [redacted]'s ethnicity, but any one of which is substantially easier on the eyes. Not that [redacted] wasn't good-looking, mind you. They made several provocative proposals, but not sure if they are fresh off the buffalo (camel?), or are similarly in cahoots w/ bib.[8] At JJJ, took my seat. Had previously enjoyed the company of a sip-hah/hok,[9] alas he was not to be found."

56.    In an email dated June 16, 2009, EVERS sent D.L. an email describing what EVERS did the previous day. The email indicates it was sent from IP address 119.42.93.235, which is assigned to an internet provider in Bangkok, Thailand. After describing engaging in anal sex with a male partner, EVERS refers to a visit by three teenage brothers:

"I haven't emailed because the days, though glorious, are probably getting repetitive to you. Yesterday, for instance, had a reunion w/ [redacted] after his weekend trip to BKK to arrange for some schooling. [Redacted] is very...energetic, and tends to do a lot of arching and thrusting. He also has no objections to brief forays around the tradesmen's entrance.[10] Yesterday, these two factors led

---

[7] I believe "sip-song" to be an English transliteration of the Thai word for "twelve."
[8] The term "bib" here I believe to be an abbreviation for "boys in brown", or police.
[9] "Sip-hah" appears to be an English transliteration of the Thai word for "fifteen" ("sip" meaning "ten" and "hah" meaning five). "Sip-hok" appears to be Thai for "sixteen" ("hok" meaning "six").
[10] The term "tradesmen's entrance" is a slang reference to the anus.

20

to a new discovery yesterday, when [redacted] un-arched whilst I was dillying the entrance. I wound up two-knuckles deep in 'is 'arris, with no objection whatsoever (in fact, a bit of a sigh). So we continue to expand our repertoire. After [redacted] left, and stayed at the clubhouse, intending to just read a book, when the three brothers (sip-see, sip-hah/hok, sip-hok/jet)[11] came aknockin'. They started out just wanting a cool room, and hot shower, and some "ca-bun tee-wee", but after a nice 4-way cuddle/slumber, some other ideas and pecuniary opportunities came to mind. Who was I to deprive them of a chance for economic advancement?"

57.     In an email dated July 13, 2009, EVERS provided a report on his activities

involving a 12-year old, a 17-year old, and a 14-year old to D.L. from an IP address

(110.49.14.207) assigned to Thailand:

"EARLY ON IN MY TRIP, I mentioned (I think) three brothers working at GB, a yee-sip-song,[12] a sip-jet, and a sip-see. The yee-sip-song departed weeks ago, to be replaced by the childhood friend from the same village. I think of the as "The Bubble Butt", "The Body", and "The Boy". Hence the BBB. The Bubble Butt is the sip-jet, a very Chinesy-looking, fair skinned lad (though from near Camobodia—go figure), with a delightfully firm and rounded tushy that he is not averse to displaying to full effect. The Body is the new addition, a wonderfully toned sip-jet who came to town on the heels of my visit to Trat. He is a very cuddly sort, quick with a smile and a hug. The type who likes to sleep with his taught brown thing draped across your torso as his not-insubstantial member pokes your flanks. The Boy is the sip-see, whose first act upon entering the room is to divest himself of all clothing and then caper about. Since the boys have known each other for so long, they are all very comfortable with each other. Very comfortable. No qualms about discussing former adventures down Trat way: who smoked[13]

_____

[11] I believe the references here are English transliterations of Thai numbers. In Thai, "sip" is the word for "ten", "hah" is the word for "five", "hok" is the word for "six" and "jet" is the word for "seven." In Thai, 14 would be pronounced "sip-see", 15 would be "sip-hah", 16 would be pronounced "sip-hok" and 17 would be pronounced "sip-jet."

[12] "Sip-song" is Thai for "twelve".

[13] As noted above, I believe the term "smoked" to be a reference to fellatio.

21

whom, who was the first to have "white water".[14]  They also enjoy impromptu contests of a predictable yet delightful nature. After the wrestling matches and kite flying is over, we turn off the lights and have a nice sleep, me with the most wondrous set of bookends one could ever hope for."

58.　　In an email exchange on December 11-12, 2011, EVERS and D.L. catch up with each other, discussing possible travel to Thailand and sexual interest in young boys. D.L. initiates the conversation on December 11:

"Hey Bud
I guess we are getting somewhat lax in our correspondence, but quite frankly there is very little going on over there according to various forums. "High season" should be kicking in over the next couple of weeks and perhaps there will be a good few bar reports (raids etc.) What little mention there is of SP never seem to mention TY, hope all is well and still going strong (do you keep in touch with anybody?) Very unlikely I will travel this winter as I'm quite busy and happy to report that [redacted] is fulfilling most of my needs, won't put anything in writing, tell you when next we meet which should be next summer (anything to get away from the fucking olympics)."

59.　　EVERS responded the next day, December 12, 2011, describing his concern when he and D.L. are not in contact for a period of time, and describing EVERS's interest in students at his school and his desire to photograph them:

"It's so good to hear from you. I like to think of myself as a positive person, but when you and I go so long without contact, my mind drifts to the dire side of possibilities. Glad to know it's nothing more than mid-winter doldrums. . . . As for me, for all the years I've been teaching, I've never had anything even remotely "tempting". Until this year. This year has brought a couple of 9th graders that are very intriguing. One is very much a puppy—comes tumbling in at break every day to give me an update on his life and pester me with bizarre questions. Just turned 15, but looks all of

---

[14] I believe this to be a reference to ejaculation.

12, especially when standing next to the KHON DAAM that comprise 98% of our student body. The other is a tall, very darkskinned (but Caucasian) broody thing whom I have yet to chat with, but is *very* easy on the eyes. Discretion is, of course, the word of the day, but it's always nice to have something brighten one's day. I'm awaiting the right time to grab a couple of pix (big surprise, huh?). In the meantime, I'm enjoying the wind-down to Xmas break (7 school days to go.)"

60.     In early February, 2013, EVERS and D.L. exchanged emails and discussed Thai law enforcement activity, and their worries about their activities in Thailand. On February 5, 2013, in an email with the subject "Oh Dear…", EVERS sent a message to D.L. from an IP address registered to the Alabama K-12 school system. In that email, EVERS says, "Some familiar faces in the news. Gotta ponder on if/how it might impact my summer plans. Have you given any more thought to taking a break from work and reconnecting w/ old friends this summer?" Further investigation has revealed news reports from February 5/6, 2013, that two men, one from Germany, and one from the U.K., were arrested in Pattaya, Thailand for engaging in commercial sex with underage boys. The transsexual Thai pimp was also arrested, according to news reports.

61.     D.L. responded to EVERS's email the next day:

"Well "oh dear" indeed. Been half expecting your email. Wondered why soi sip rang a bell, then of course nu-nui,[15] everything made sense. Falang[16] shown on news report, very familiar face to me over many years. Very very very worrying to me would be that these matters are (were) always "caught in the act", now it seems it could be finger pointed - warrant issued (scary). I would envisage a mini exodus of expats from thailand,

---

[15] Based on other emails I have reviewed, I believe the reference to "nu-nui" is to an individual.
[16] "Falang" is a Thai word for "foreigner."

23

meantime many fearing the dreaded knock on the door. Bad feeling this is being done under western influence whereby accusation means guilty til proven innocent----- basic rule is gonna be don`t risk in los what you don`t risk at home!! Time to accept a certain era has passed in los, foolish now to think "it couldn`t possibly happen to me" right up to the minute it does, I can name two guys thinking exactly that way just a week ago! Last trip I played 99% the high side of the line[17] and enjoyed myself, I`m quite happy to live with the restrictions of yensabai but would still never feel 100% safe. I don`t mind being the one to pour piss on everything but the fact is the world is getting smaller and times are changing, maybe it`s time to wise up, theres still a great time to be had, just think of 10 / 12 yrs ago (maybe a little more), maybe it`s time to stop pushing the limits. One could sit and imagine many scenarios but one that springs to mind if you read between the lines is that nu-nui`s address is given------could be a neighbour thing and until I was 100% of all the facts that is one little lane I would steer clear of."

62.     EVERS replied to D.L. less than two hours later, explaining how law enforcement actions in Thailand will affect his activities in light of possible cooperation with law enforcement by those already arrested:

"Well, the fact that "caught in the act" is no longer a prerequisite is the most worrying. It opens up the way for any amount of retroactive regrets and vindictiveness. Certainly, the little home away from home is a hot zone at the moment, and Nu Nii could either be out already, or have made a deal to turn in a future victim in exchange for his freedom--which would make things more tense. I question why anyone would wait three damn years before busting a violator—it makes me wonder if it's just a rattling of sabers or a failure to pay tea money. This guy was apparently accosting potential victims in public, which may have put him on the radar; you know how Thais are about keeping things below the surface. I could probably do like you and transition most of my fun into the 99%, and the 1% of fun can be had on jaunts to the

---

[17] I believe the reference to "the high side of the line" is a reference to sexual activity with individuals 18 and older, which is the age of consent in Thailand.

24

hinterland. Plus, they seem to be focusing on the sub-sip-ha[18] category for the moment. I imagine anyone with a sip-jet[19] would only be caught if they were being targeted, so you (more than me) are safe in that regard. Plus, you "blend" better than I do. Big guy, low season--bit of a recipe for disaster. I still plan to go this summer, but I definitely have to rethink my playtime strategy. It sure seems more apparent every day that we were there at a very good time in history, and that those good times are exactly that: history."

63. Several days later, on February 12, 2013, EVERS sent an email to D.L. about his concerns about spending the summer in Thailand and the risk of arrest. In this email, EVERS discussed methods to minimize the chances of detection by law enforcement:

"I've been doing an "On the other hand.." sort of thinking, contemplating simply not going this summer. Advantages:
(1) Good to break up the visitation pattern.
(2) Undermines credibility of any statement by Nu Nii along the lines of "I know one farang, him come every summer, can give him". If I don't show up after he assures folks, then the BIB might just move on to the next target of opportunity, rather than wait for me.
(3) Distances me from any current issues, taking me from 4 months to 16 months. And given the attention span of the locals, maybe the whole thing would die down. (Of course, could be rekindled upon my arrival in 2014.)
(4) My main friends aren't going anywhere--I know where their home town is and can, if necessary, look them up and rekindle in 2014.
(5) I can always stay a minimal amount of time in Pattaya, but all it takes in one night, and if past events are the basis of present visits from BIB, then even one day could be one day too many."

64. D.L. replied to EVERS on February 18, 2013 with his thoughts about the arrests and EVERS's plans:

---

[18] I believe "sub sip-ha" is a reference to individuals younger than fifteen in Thai.
[19] I believe "sip-jet" to be reference to the number seventeen in Thai.

"I personally would write off soi 10[20] and it`s contents and, if you
must, set up again in another area. . . . I see last week another
arrest, rather worrying that it appears to be thai only hence no tea
money and again there seems to be no C.I.T.A . which again makes
me think this is being done under western influence. So you asked
for my advice. Were i you, I would definitely go. I would play safe
for the first week or so and would observe and discreetly question
and glean all the information possible and then decide which
direction to go. I would much rather read things from you than
read things about you !!"

65.     In an email dated August 7, 2013, EVERS emailed D.L. and noted that he has

"been home for a week, but had a hard time settling down into a routine." Travel and financial

records I have reviewed as part of my investigation confirm that EVERS travelled to Thailand on

May 28, 2013 and returned to the United States on July 29, 2013. EVERS also told "David Lee"

that he has "attached a more detailed record of how the summer went." Attached to the email is

an encrypted word processing document entitled summer2013.docx. In the email, EVERS told

D.L. that "[t]he usual passwrd applies, and I ask that if you do keep a copy of it, you keep it in

the same folder you keep your other Pttya mementos."

66.     On July 31, 2014, EVERS emailed D.L. and said,

"Just a quick email to let you know I'm back home.  Got in about
24 hours ago…and trying to adjust to the 12-hour time difference."

"…I would say that the worst day of this year's trip was better than
the best day of any past year…for the most part.  For sure, it was
the best trip ever: a convergence of being on familiar ground,
speaking the language a bit better, and having the chance to make
lots of new amigos.  I won't bore you with the details and photos,
at least not yet."

---

[20] Soi 10 is a district in Pattaya, Thailand. The arrests referred to above occurred in Soi
10.

Travel and financial records I have reviewed as part of my investigation confirm that EVERS

travelled to Thailand on June 6, 2014 and returned to the United States on July 29, 2014.

      67.    On Saturday, March 28, 2015, EVERS sent an email to D.L. discussing travel to

Thailand during the summer of 2015:

> "Coming over to TH any time soon? Gonna do the Bo Rai
> semipermanent residence thang? PTY is is shite-hole these days, as far
> as I can tell from messages with friends and postings. Did you ever
> imagine a day when the existance of One Decent Bar(tm) was reason
> to brag? So sad. I plan to go back this summer to my resident place,
> where I am assured many friends, past and present await. What the hell
> ...I don't have any heirs, so I might as well spend it now. One has been
> been with me from gow to sip-hah, if you can believe it."

I have learned during my investigation that "Gow" is Thai for "nine" and "Sip-hah" is Thai for

"fifteen." Bo Rai is a town in the Trat province of Thailand near the Cambodian border.

      68.    As noted above, on April 1, 2015, a search warrant issued by this court was

executed at EVERS's home in Evergreen, Alabama. On April 12, 2015, EVERS received an

email from Delta Airlines confirming a request for a refund of EVERS's tickets to Thailand

departing Montgomery, Alabama on June 6, 2015 and returning August 4, 2015. On April 20,

2015, the $2,352.70 purchase price was refunded by Delta.

### Forensic Examination of Data Seized Data

      69.    On April 1, 2015, Special Agents of the Office of the Resident Agent in Charge,

Mobile, Alabama, executed a federal search warrant at 301 Perryman St., Evergreen, Alabama,

the residence of Clarence E. "Bud" EVERS Jr.  As a result of this search warrant a number of

digital devices were seized and the aid of Computer Forensics Analysts and Agents assigned to

the Office of the Special Agent in Charge, New Orleans, Louisiana, were enlisted in the recovery

of potential evidence and the analysis of that evidence from the seized devices. In addition, forensic specialists with the Department of Justice Criminal Division's High Technology Investigative Unit within the Child Exploitation and Obscenity Section assisted in the review and analysis of the seized digital evidence.

70.     One item seized during the warrant execution is a desktop computer that was found in an office area of EVERS's home. This device was powered on at the sign in screen, and was password protected when encountered. This device contained four hard drives. Three of the drives were imaged and examined forensically. The last drive could not be imaged, as the device was not recognized by duplicators or imaging software, indicating probable encryption.

71.     In addition to the reference to encryption previously noted, there were artifacts and software pagkages found on this device for encryption, disc cleaning software, computer forensics programs, password recovery programs, peer to peer filesharing software, VPN (Virtual Private Network) software, internet history wiping software, Exif (Exchangeable image file format) data modifying software, Virtual Machine Software, and The Onion Router (TOR) browser. There are non-default user accounts for ASPNET, _vmware_user_, and b on this device. There were 13 documents dealing with Thailand bookmarked during this examination. There were also a number of images of Thai children and the suspect's Thai travels bookmarked. There were several hundred images of apparent Boy Scouts and associated activities bookmarked. Analysis also revealed over 160 e-mails of possible investigative interest and several hundred internet history items of potential investigative interest. It should also be noted that there have been potentially 50 unique USB storage devices attached to this device and the suspect does appear to have a Dropbox remote storage account.

## 2TB Western Digital Hard Drive

72.     One of the hard drives, a 2TB Western Digital hard drive, serial number WCAVY4316125, contains cached images from the Firefox web browser installed on the computer. Mozilla Firefox is a web browser program that allows users to access web sites on the internet and view online material. The Firefox web browser automatically stores web pages, images and videos viewed by the user in a folder known as cache. The web cache is used by the Firefox program to quickly access and display web content without having to re-fetch the page from the web server. This technique, known as web caching, speeds up access to web pages that may be viewed multiple times by a Firefox user. Data recovered from the Firefox web cache on the hard drive recovered from EVERS's home shows dozens of images of infant, toddler, and prepubescent boys and girls engages in sexually explicit conduct. The metadata for these cached images show that they were associated with internet browsing activity on March 25 to 31 of 2015. The images depict, among other things, very small children being sodomized by adult males and by objects.

73.     The same 2TB Western Digital hard drive was also found to contain two separate installations of client software for accessing Usenet newsgroups. Usenet newsgroups are a method of communication on the Internet where people can exchange news articles based upon particular topics posted to specific newsgroups. Usenet newsgroups actively process articles for over 30,000 different topic areas, including topic areas related to the distribution of child pornography. Users read and post messages (called articles or posts, and collectively termed news) to one or more categories known as newsgroups. "alt.binaries" are Usenet newsgroups that contain binary files such as pictures, audio files, and movies.

74.     Agent is a computer program distributed by Forte Inc. that allows users to connect to a Usenet server, select newsgroups that a user is interested in subscribing to, and download and view articles posted to subscribed newsgroups. The program features a simple to use graphical interface that is similar to email programs to access Usenet newsgroups. Two installations of the The Forte Agent program (version 4.2 and version 8.0) were found in two different locations on the Western Digital hard drive: "C:\Documents and Settings\b\Application Data\Forte\Agent" and "D:\Users\Registered User\AppData\Roaming\Forte\Agent."

75.     Analysis of the first installation, located at C:\Documents and Settings\b\Application Data\Forte\Agent (Forte Agent version 4.2), revealed the configuration file for the software, "Agent.ini". This file contains configuration information about the settings and configuration of the program and includes the following information:

      a.   The Usenet news server that the user "bevers" is "ssl.astraweb.com." Another server named "news.giganews.com" was configured as well, but appear inactive.

      b.   The user name used to login to the news servers is "bevers".

      c.   The directory to save all user downloaded attachments is the user-created folder "Y:\NG\alt.oyp.sworp."

76.     The Forte Agent program stores newsgroups and articles selected by the user in files that are named with the extension ".DAT." The contents of the Agent program were extracted for further analysis including installing and running the program on a separate computer. Forensic analysts examined the user's configuration of the program including the account settings, folder structure of subscribed newsgroups, and screen captures of individual

30

newsgroups postings. Analysis revealed several image files that had been downloaded using the Forte Agent software. The newsgroups associated with these downloaded images include: "alt.binaries.adan", "alt.binaries.ctb", "alt.binaries.residents", "alt.binaries.dominion.bugger", and a user created folder named "Jimmy-Parked." These images include images of minors engaged in sexually explicit conduct. The folder "Jimmy-Parked" contains 9 archive files with a ".rar" extension. Each archive contains an image file that was extracted by forensic examiners.

77.    The folder "D:\Users\Registered User\AppData\Roaming\Forte\Agent" on the Western Digital hard drive contains another installation of the Forte Agent version 8 program. A review of the configuration "agent.ini" file contains the following configuration information:

    a.    The news servers that the user was connecting to are "ssl.astraweb.com" and "news.astraweb.com."

    b.    The email address mrbud@bellsouth.net is the address associated with the Forte program to receive messages from newsgroups.

    c.    The user name used to login to the news servers is "bevers."

    d.    The directory to save all user downloaded attachments is the user created folder "Y:\NG."

78.    Forensic examiners reviewed the user's configuration of the Forte program at "D:\Users\Registered User\AppData\Roaming\Forte\Agent" including the account settings, folder structure of subscribed newsgroups, and screen captures of individual newsgroups postings. A review of these identified a user-created heading named "BL", which may mean "boy lover," and includes newsgroups named: "alt.fan.prettyboy", "alt.binaries.adan", "alt.binaries.boys", "alt.binaries.ctb", and "alt.fan.utb.naughtyboy."

31

## 6.4GB Western Digital Caviar Hard Drive

79.     A 6.4 GB Western Digital Caviar hard drive, serial number WT4200706366, which was removed from a Pionex Desktop computer (serial: 7001880476) was analyzed by forensic examiners. A sexually explicit image carved out of unallocated space[21] depicts the suspect, Clarence Edward EVERS, Jr., with a suspected minor. In the image, EVERS and a boy are masturbating. The boy is unclothed and EVERS is lounging on a black leather loveseat clad in only gray/silver shorts which are pulled down.  Images taken with digital cameras contain embedded data that relates to the image taken. This data is referred to as Exif metadata. The Exif metadata for this image indicates a created date of March 5, 2002. The file metadata also indicates that the image was created by a Fujifilm MX-700 model camera. Also located on the same hard drive are 19 images that appear to have been created in the same physical location as the image depicting EVERS and the suspected minor. These unallocated images depict Clarence Edward EVERS as well as young Thai boys together in what appears to be the same room with black leather furniture, polished white tile floors, and a glass-topped wooden coffee table. Some of the images depict suspected minors engaged in sexually explicit acts including masturbation. The Exif metadata associated with many of these images indicate that they were created by a Fujifilm MX-700 model camera with a created date of March 5, 2002.

---

[21] Unallocated space on a disk is space that is not allocated by the file system to contain files. Unallocated space contains data associated with files that had previously existed on the disk file system but were deleted. When files are deleted from the file system, the files entries are removed from the table of contents of the disk, and the space occupied by the files becomes

### 320GB Western Digital Hard Drive

80.     Forensic examiners also reviewed a 320GB Western Digital hard drive; serial number WCAPD2754750 contained within a Compaq desktop computer. The Microsoft Windows operating system automatically creates and stores small "thumbnail" sized preview images when the computer user navigates to a folder and displays the contents of the folder in thumbnails view. The thumbnail images are stored in central "thumbcache" database files, including a file called "thumbcache_256." 242 images were extracted from the file located at "\Users\BE -Win7\AppData\Local\Microsoft\Windows\Explorer\thumbcache_256.db" which was created on September 20, 2009. Contained in these extracted images are a number of depictions of minors engaged in sexually explicit conduct, including fellatio and masturbation.

81.     Also found on the 320GB Western Digital hard drive was the Firefox web cache located under the folder "\users\BE-Win7\AppData\Local\Mozilla\Firefox\Profiles\febeprof.be\ Cache\", which includes 42 images of what appears to be minors engaged in sexually explicit conduct. All the files were downloaded from the website imgsrc.ru. The files were created between August 31, 2011 and January 6, 2013.

82.     A search was conducted to recover images from unallocated space  on the 320GB Western Digital hard drive and thousands of images of minors engaged in sexually explicit conduct were identified.  A sample of 442 images was extracted and includes sexually explicit images of minors. A review of the images recovered from unallocated space identified a large number of images that appear to depict the same location based upon the furniture, bedding, and

---

available for new files, but the underlying data contained in those files remains on the disk until

33

individuals depicted in each image. A sample of 249 images was extracted that depict the same location, furniture, bedding, and individuals depicted. Some of these images contain a blue blanket with a distinctive pattern. A video file identified on a 250GB Seagate external disk drive (identified below) contains a video file named "MVI_4615.MOV" that includes a video segment where the same or similar blanket is visible. Other images recovered from unallocated space appear to show EVERS in various locations in Thailand. Three of the images show EVERS, clothed, lying or sitting on a bed.

83.     Internet Explorer is a program included with the Microsoft Windows operating system that allows computer users to access web sites and view files stored on the computer. The Internet Explorer program automatically maintains a history web browser activity and history of files that are viewed by the computer user. Internet Explorer activity is automatically saved by the program in a folder named "C:\Users\BE-Win7\AppData\Local\Microsoft\Window s\History." Additionally, a search was conducted to identify web browsing activity in unallocated space and other locations where web browsing activity could be stored. A review of this activity includes access to images and videos located on drive letters I, J, U, Y and Z between October 7, 2007 and January 6, 2013 and includes file names with names indicative of child pornography. Examples of sexually explicit file names includes: "file:///I:/ZZ-108- 2 12yo boys in bed.avi.001", "file:///I:/Bibcam - Dennis 09yo hot01 (9yo gives webcam performance to boylover group).avi", "file:///I:/4yo Vlasta toddler boy and man sex 1-4.mpg", "file:///U:/FromI/OH/ Pre/(Shota) 8Yo Boy In Car Cut-0m50S.avi", "file:///I:/4yo Vlasta toddler

overwritten by other data.

boy and man sex 1-4.mpg", "file:///U:/ FromI/OH/Pre/(boy)(13yo)Webcam - Hill13.avi", and

"file:///Z:/TH Vids/boy_8yo_12_15_very_ good_no2.avi." Images were also accessed under

folders with names including word "imgsrc." Along with these are records of a user navigating to

files and folders specific to Mr. Evers. An example of this a user browsing to the file located at

"file:///I:/4yo Vlasta toddler boy and man sex 1-4.mpg" at 2:10 PM on July 25, 2008, and then

navigating to a file at "file:///C:/Documents and Settings/Bud/My Documents/Salary Schedule

2008.xls" less than an hour later at 3:11PM on the same day. On July 25, 2008, at 3:08 AM, and

entry related to music playlist named "file:///C:/Documents and Settings/Bud/

Desktop/current.m3u" is followed by an entry of a video file named "file:///I:/Bibcam - Tyrone -

Cutest 11Yo Jo.avi.001" being viewed at 4:11 AM. Thirty-six of the file names under

"Z:/imgsrc" match those seen in the Firefox cache described above, with the last visited date in

the file browser records shortly following download date from the cache records. This activity

indicates that the user downloaded and saved the files from the imgsrc.ru website to the local Z:

drive.

84.     The Microsoft Windows operating system automatically creates a link file when

certain files or folders are opened or viewed by the computer user. Link files contain information

about the opened or viewed file or folder including name, path location, volume label, and

date/time attributes. Other records known as "jump lists" include similar information about

recently accessed files for specific programs. A search for these types of records was conducted.

The results include files recovered from unallocated space, backup files, and jump lists. 1,263

LNK file records with paths to drive letters I, K, U, Y, Z were identified, mostly recovered from

unallocated space or from a shadow copy (a backup copy, created by the operating system).

Many of the file names match those seen in the Internet Explorer history. The records for the files in the "I" drive indicate its volume label as "TCPrimary" The records for the files in the "K drive indicate the volume label as "HD02Part2Encr." The forensic examiner believes that TC is an abbreviation for "TrueCrypt" and "HD02Part2Encr" means Hard Disk02, Partition 2, encrypted. These appear to be non-default names. Copies of the TrueCrypt encryption software and bookmarks to web pages related to TrueCrypt operation and implementation were also located by forensic examiners in the data seized from EVERS's home.

### 32GB Transcend Secure Digital (SD) card

85.     An image of child pornography was recovered from unallocated space on a 32GB Transcend SD media card. The image includes a distinctive wall covering and bench that match the bedroom in a video identified below. The image depicts an unclothed young boy masturbating and the legs of another person visible to his right. The boy is sitting on a black chair with a silver metal frame next to a wooden bench. In front of the boy's left leg is a coffee table with a curved leg the same color as the bench. Behind the boy is a wall with an alternating wide beige and narrow white color pattern. The Secure Digital (SD) card contains a folder named DCIM. DCIM is a common acronym for Digital Camera Images, and is used by Canon Corporation as the name of the folder used to store digital photos. The folder named "100EOS5D" is consistent with default naming patterns of a Canon EOS 5D digital SLR camera. The folder contains entries for 439 JPG images and 64 Canon large Raw images in CR2 format. The images on this SD card are deleted, but information about the files that previously existed still exists. Forensic examiners extracted the file attribute listings for the deleted files under the

"100EOS5D" folder, including file name, file path, logical size, creation date, and last modified date. The files appear to have been created between July 22 and July 25, 2014.

### 250GB Seagate Hard Drive

86.     Examiners also examined a 250GB Seagate drive from an Ultra mini portable hard drive enclosure; serial number 3ND0QC34. Seven videos of minors engaged in sexual activity were found in the folder "C:/Recycled". This location indicates that the files had been put in a Windows recycle bin by a user, but not removed from the system.  Forensic examiners were able to locate the file attribute listings of the 7 files, including file name, file path, logical size , creation date, and last modified date. The files were created on March 31, 2006. According to the information contained in the file named "INFO2", these files located in the recycle bin were previously named: "E:\Divx\In\Andr_part.wmv", "E:\Divx\In\Bibcam Fred 13 Jo Cum So Cute.avi", "E:\Divx\In\Boner0170(TH).mpg", "E:\Divx\In\Boner0174F.mpg", "E:\Divx\In\boy_8yo_12_15_very_good_no2.mpg", "E:\Divx\In\boyorgi2.mpg", and "E:\Divx\In\(1Gen).mpg." The videos depict an adult male masturbating a prepubescent boy; a pubescent boy masturbating; prepubescent boys masturbating; a prepubescent boy masturbating; a prepubescent and pubescent boy engaged in masturbation, fellatio, and anal sex; three prepubescent boys engaged in fellatio, masturbation, and anal sex; and two prepubescent boys engaged in anal sex.

### 750GB Western Digital hard drive

87.     Forensic agents also examined a 750GB Western Digital drive from a Lenovo ThinkPad laptop; Serial number WX11E23M9200. A video filmed and narrated by EVERS depicts a tour of his rental property in Thailand. The video named "MVI_4615.MOV" was

located in the folder "\Users\Registered user\Desktop\temp" and was extracted. The video

attributes include information that it was created on June 30, 2014. This video depicts a black

chair with a silver metal frame next to a wooden bench. A bed with a distinctive blue blanket is

beside the black chair. In front of the bench is a coffee table with curved legs the same color as

the bench. Behind them bench and chair is a wall with an alternating wide beige and narrow

white color pattern. A folder named "\Users\Registered User\Documents\!TH14" was also

located on the hard drive and contains images created between June 24, 2014 and July 28, 2014.

The photos are consistent with having been taken in Thailand. 183 of the images include

additional information indicating they were taken with a Canon PowerShot ELPH 300 HS

camera and have the naming convention "IMG_" followed by 4 digits, followed by a description

(e.g. "IMG_4857- Jao_Mae_Temple.JPG"). 702 of the images include additional information

that they were taken with a Canon EOS 5D Mark III camera. These follow a similar naming

convention with "5D1_" followed by 4 digits, followed by an optional description. 333 of the

702 images appear to be duplicates that have been resized. Embedded within each of the "5D1_"

jpeg image files from the Canon 5D camera is a small jpeg thumbnail that is consistent in

appearance and dimensions with the image found on the 32GB Transcend Secure Digital (SD)

card mentioned above. The size of the images is 120 x 160 pixels and has black bars of 6 pixels

high along the 160 pixel length edges. This is consistent with previews created for display on the

screen of the camera itself.

　　　88.　　On the 750GB Western Digital hard drive, forensic agents also found that the

Internet Explorer browsing history included activity of viewing files located on drives assigned

letters Z and Y, and include files named indicative of child pornography. Records of browsing

history on the Y and Z drives created between April 13, 2014 and July 28, 2014 were extracted to a spreadsheet. File names include explicit terms related to child pornography, such as the following:

> file:///Y:/Decrypted-Round 2/(1gen) Thai boy 13yoX14yo burning time (edit).avi
> file:///Y:/Decrypted-Round 2/!!New Chiharu (pthc), long fuck of 12yo, she gets noisy.mpg
>
> file:///Y:/Decrypted-Round 2/Lovely Angels'poem Part 9 (10 To 13 Yo Thai Boys)+++.mpg
>
> file:///Z:/thai boys 13, 12, 11, and 10 suck and fuck each other!! HOT.mpg
>
> file:///Z:/Pre/11yo boy bound and forced to suck man's cock.mpg

Files under the "Z:/!02-Unsort" folder appear to have naming conventions default to the original camera such as "5D1_" or "IMG_" followed by 4 digits or letters. Files in the "Z:/!03-Sorted-Pix" and "Y:/TH/TH2011/!Sorted-Pix" folders appear to have descriptions appended on to the end of the default names, such as the following:

> IMG_5196-O+Em+Top.JPG
> IMG_5299-Frang+Chub.JPG
> IMG_B220-Tam+Em+Bank-Chair.JPG

### Conclusion

Based on the above information, there is probable cause to believe that Clarence Edward EVERS, Jr. of 301 Perryman Street, Evergreen, Alabama, has violated the provisions of law contained within 18 U.S.C. §§ 2251, 2252A, 2423(b), and 2423(e).

Based upon the foregoing, this Affiant respectfully requests that this Court issue an arrest warrant for Clarence Edward EVERS, Jr.

Respectfully submitted,

Kandace Whitehead,
Special Agent
Homeland Security Investigations


THE ABOVE AGENT HAS ATTESTED
TO THIS AFFIDAVIT PURSUANT TO
FED. R. CRIM. P. 4.1(b)(2)(B) THIS 2nd
DAY OF FEBRUARY, 2016.

UNITED STATES MAGISTRATE JUDGE

40